1 | Daniel G. Bogden
  | United States Attorney
2 | Timothy S. Vasquez
  | Assistant United States Attorney
3 | 333 Las Vegas Boulevard South
  | Suite 5000
4 | Las Vegas, Nevada 89101
  | (702) 388-6336/Fax: (702) 388-6418

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN THE MATTER OF APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION ON CELLULAR TELEPHONE NUMBER (702) 689-5707

2:10-mj-306-GWF

## *EX PARTE* MOTION TO UNSEAL APPLICATION AND ORDER

COME NOW THE UNITED STATES OF AMERICA, by and through it undersigned attorneys, and moves this Court to order the unsealing of the application and order previously filed in this matter.

This motion is brought before the Court because:

(1) The subjects of the investigation have been indicted in the criminal case of United States v. Petroiu, et al, 2:11-cr-434-LDG-PAL, and that indictment has been unsealed;

(2) Many, if not most, of the subjects of investigation have been arrested in that criminal case;

(3) It is necessary to unseal the application and order in this matter for purposes of discovery.

1  WHEREFORE, the UNITED STATES respectfully requests that the Court grant this motion
2  and order this matter unsealed.

4  RESPECTFULLY SUBMITTED this 25th day of January 2012.

Daniel G. Bogden,
United States Attorney

Timothy S. Vasquez
Assistant U.S. Attorney

IT IS SO ORDERED.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Dated: January 27, 2012